# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN JAMES**,<br><br>       Plaintiff<br><br>       v.<br><br>**DEPARTMENT OF STATE**,<br><br>       Defendant | No. 1:15-cv-02210-RMC |

## ANSWER

Defendant, the United States Department of State, by and through its undersigned counsel, hereby responds to the complaint filed by Plaintiff Ryan James. As to each of the numbered paragraphs in the complaint, Defendant answers as follows:

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

2. Defendant admits that the Department of State is an agency of the United States. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

3. Defendant admits that this action purports to arise under the Freedom of Information Act ("FOIA") and the Privacy Act of 1974.

4. This paragraph contains legal conclusions about jurisdiction to which no response is required.

5. This paragraph contains legal conclusions about venue to which no response is required.

6. This paragraph purports to describe Plaintiff's FOIA requests submitted on August 17, 2015. Defendant refers to that document for its contents.

7. Admitted.

8. This paragraph purports to describe Plaintiff's FOIA requests submitted on October 5, 2015. Defendant refers to that document for its contents.

9. Defendant admits that its representative sent a letter to Plaintiff dated November 9, 2015. Defendant refers to that letter for its contents. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations about when Plaintiff received the letter.

10. Admitted.

11. This paragraph contains legal conclusions to which no response is required. Furthermore, Defendant lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations regarding his purported FOIA requests to USCENTCOM.

12. Defendant incorporates its responses to paragraphs 1 through 11.

13. This paragraph contains legal conclusions to which no response is required.

14. This paragraph contains legal conclusions to which no response is required.

The remainder of the complaint contains Plaintiff's prayer for relief, to which no response is required. To the extent any response is deemed necessary, Defendant denies the allegations in Plaintiff's prayer for relief.

## DEFENSES

### First Defense

Plaintiff's complaint fails to state a claim on which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

### Second Defense

Information sought by Plaintiff's FOIA requests is exempt from disclosure. *See* 5 U.S.C. § 552(b).

### Third Defense

The Court lacks subject-matter jurisdiction over Plaintiff's requested relief to the extent that it exceeds the relief authorized under the Freedom of Information Act, 5 U.S.C. § 552.

### Fourth Defense

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

Dated: February 22, 2016

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the
District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

 /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Phone:   202 252 2575
Email:   johnny.walker@usdoj.gov

*Counsel for the Department of State*