# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

**RYAN JAMES**,

    Plaintiff

v.

**DEPARTMENT OF STATE**,

    Defendant

No. 1:15-cv-02210-RMC

# JOINT STATUS REPORT

Plaintiff, Ryan James, and Defendant, the Department of State (the "Department"), by and through their undersigned counsel, hereby submit this joint status report pursuant to the Court's minute order dated February 22, 2016, to apprise the Court of the status of the parties' progress in resolving this action brought under the Freedom of Information Act ("FOIA") and the Privacy Act.

1. On December 18, 2015, Plaintiff filed a complaint alleging that the Department had failed to respond to his FOIA and Privacy Act request, designated by the Department as P-2015-13863. [ECF No. 1.]

2. On February 22, 2016, the Department filed an answer and affirmative defenses to Plaintiff's complaint. [ECF No. 7.]

3. By minute order dated February 22, 2016, the Court ordered the parties to file a joint proposed schedule for the Department's summary judgment motion no later than March 8, 2016.

4. Counsel for the Department has represented to counsel for the Plaintiff that the Department has made substantial progress in responding to Plaintiff's request. As of the date of this filing, the Department has requested documents of various offices and gathered potentially responsive documents. Despite the unusually heavy FOIA workloads currently being experienced by the Department, the Department estimates that it can produce some of the nonexempt documents responsive to Plaintiff's request in the next six weeks: on or before April 19, 2016.

5. Accordingly, the parties propose to file another joint status report in seven weeks—on or before April 26, 2016—apprising the Court of the status of any remaining disputes between the parties. At that time, the parties should be in a position to propose a briefing schedule for the Department's summary judgment motion, should that be necessary, or to explain to the Court what if any additional time may be needed to further resolve their disputes.

A proposed order implementing this proposal is filed with this report.


Respectfully submitted,

 /s/ Timothy Pezzoli
TIMOTHY J. PEZZOLI
Law Office of Timothy Pezzoli
1712 Eye Street, N.W.
Washington, District of Columbia 20006
Phone:   202 223 5318
Email:   timpezzoli@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the
District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Phone:   202 252 2575
Email:   johnny.walker@usdoj.gov

*Counsel for Defendant*

Dated: March 8, 2016