**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN JAMES**, Plaintiff<br><br>v.<br><br>**DEPARTMENT OF STATE**, Defendant | No. 1:15-cv-02210-RMC |

# [PROPOSED] ORDER

Upon consideration of the parties' joint report submitted pursuant to this Court's minute order dated February 22, 2016, it is hereby **ORDERED** that:

The parties shall file a joint status report on or before **April 26, 2016**.

It is **SO ORDERED**.

Dated: _____

Hon. Rosemary M. Collyer
United States District Judge