UNITED STATES DISTRICT COURT
FORTHE DISTRICT OF COLUMBIA

RYAN JAMES,

    Plaintiff

*v.*

DEPARTMENT OF STATE,

    Defendant

Case 1:15-cv-02210-RMC

## JOINT STATUS REPORT

Plaintiff, Ryan James, and Defendant, the United States Department of State, by undersigned counsel, submit this joint status report in response to the Court's order dated March 8, 2016.

1. On December 18, 2015, Plaintiff filed a complaint alleging that Defendant had failed to respond to his FOIA and Privacy Act request, designated by Defendant as P-2015-13863 (ECF No. 1).

2. On February 22, 2016, Defendant filed an answer and affirmative defenses to Plaintiff's complaint (ECF No. 7).

3. On March 8, 2016, the parties filed a joint status report (ECF No. 8). In it, Defendant represented that it had requested documents from various offices and was in the process of reviewing those documents to determine whether they could be released. Defendant estimated that it could produce some of the documents on or before April 19, 2016.

4. After filing the joint status report, Defendant completed its search for documents and has gathered approximately 6,000 pages for review.

5. On April 19, 2016, Defendant released 53 documents to Plaintiff. Defendant anticipates making additional releases to Plaintiff on a monthly basis until Defendant's response is complete.

6. Accordingly, the parties propose that they will file another joint status report in ninety days on or before July 25, 2016, advising the Court of the status of Defendant's response to Plaintiff's request, any remaining disputes between the parties, and, if necessary, a schedule for any remaining releases and summary judgment briefing.

\* \* \*

For the forgoing reasons, the parties request that the Court order that they submit a joint status report, by **July 25, 2016**. A proposed order to that effect is filed herewith.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Timothy Pezzoli<br>TIMOTHY J. PEZZOLI, D.C. Bar #1019028<br>Law Office of Timothy Pezzoli<br>1712 Eye Street, N.W.<br>Washington, District of Columbia 20006<br>Telephone: 202 223 5318<br>Email: timpezzoli@gmail.com<br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>United States Attorney for the<br>District of Columbia<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |