UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN JAMES,<br><br>           Plaintiff<br><br>      *v.*<br><br>DEPARTMENT OF STATE,<br><br>           Defendant | Case 1:15-cv-02210-RMC |

**PROPOSED ORDER**

Upon consideration of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a joint status report on or before **July 25, 2016**.

It is **SO ORDERED**.


Dated: _____                    _____
                                            The Honorable Rosemary M. Collyer
                                            United States District Judge